**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| LESLIE GORDINEER, and<br>ERIN PRATT<br><br>      Plaintiffs,<br><br>v.<br><br>CHUY'S OPCO, INC., a foreign<br>corporation,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No. CIV-14-1257-HE<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiffs Leslie Gordineer and Erin Pratt, along with Defendant Chuy's Opco, Inc., by and through their respective attorneys of record, and jointly stipulate to dismissing this matter with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). All claims related to this matter are hereby dismissed with prejudice to the re-filing of the same, and no party asserts or admits to any liability on the part of any other party. Each party will bear her/its own costs related to this matter.

                                     Respectfully submitted,

                                       *s/Scott F. Brockman*
                                       Stanley M. Ward, OBA #9351
                                       Woodrow K. glass, OBA #15690
                                       Scott F. Brockman, OBA #19416
                                       R. Ben Houston, OBA #14751
                                       Barrett T. Bowers, OBA #30493
                                       Ward & Glass, LLP
                                       1821 E. Imhoff Road, Suite 102
                                       Norman, OK  73071
                                       ***Attorneys for Plaintiffs***

2

      *s/Joshua A. Cline*
      *(signed with permission of counsel)*
      Sam R. Fulkerson, OBA #14370
      Joshua A. Cline, OBA #30047
      MCAFEE & TAFT
      A Professional Corporation
      Tenth Floor, Two Leadership Square
      211 North Robinson Avenue
      Oklahoma City, Oklahoma 73102-7101
      **Attorneys for Defendant**